UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION
CIVIL ACTION NO. 1:20-CV-00077-GNS-HBB

**KEVIN TROXELL**                                                                                    **PLAINTIFF**

v.

**KILOLO KIJAKAZI, ACTING COMMISSIONER
SOCIAL SECURITY ADMINISTRATION**[1]                     **DEFENDANT**

### ORDER

The above matter having been referred to the United States Magistrate Judge who has filed his Findings of Fact, Conclusions of Law, and Recommendation (DN 32), no objections having been filed thereto, and the Court having considered the same:

**IT IS HEREBY ORDERED** that the Court **ADOPTS** the findings of fact and conclusions of law as set forth in the report submitted by the United States Magistrate Judge.

**IT IS FURTHER ORDERED** that Plaintiff's Complaint (DN 1) is dismissed, and judgment is **GRANTED** for the Commissioner.

Greg N. Stivers, Chief Judge
United States District Court

November 10, 2021

cc:         Counsel

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Fed. R. Civ. P. 25(d), Kilolo Kijakazi is substituted for Andrew Saul as the defendant in this suit.